UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.	Case No. 3:03-cr-87-J-12JBT

JESUS M. DOMINGUEZ

_____

## ORDER

This cause is before the Court on United States' Request for Leave to Dismiss Indictment (Doc. 11), filed March 8, 2013. Pursuant to Fed.R.Crim P. 48(a), the United States requests that the Indictment in this case be dismissed. Upon review of the matter, it is

**ORDERED:**

1.  United States' Request for Leave to Dismiss Indictment (Doc. 11) is granted and the Indictment (Doc. 3) in this case is dismissed.

2.  The Warrant for Arrest (Doc. 6) issued March 20, 2003 is vacated.

3.  The Clerk is directed to close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this 12 day of March, 2013.

MARCIA MORALES HOWARD
United States District Judge

Copies to:   AUSA (Corsmeier)           US Marshal